IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. PIPER,<br>                Plaintiff,<br><br>  vs.<br><br>CITY OF PITTSBURGH; JOHN DOE NO. 1 OF THE PITTSBURGH BUREAU OF POLICE; JOHN DOE NO. 2 OF THE PITTSBURGH BUREAU OF POLICE; JOHN DOE NO. 3 OF THE PITTSBURGH BUREAU OF POLICE; JOHN DOE NO. 5 OF THE PITTSBURGH BUREAU OF POLICE,<br>                Defendants. | )<br>)<br>)<br>) Civil Action No. 11-1215<br>) Judge Joy Flowers Conti/<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## HEARING MEMO

HEARING ON: Settlement Conference
DATE HEARING HELD: May 30, 2012
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
Michael Louik, Esquire
Tom Hollander, Esquire
Vic Walczak, Esquire

Appearing for Defendants:
Paul Krepps, Esquire
John Doherty, Esquire

Hearing began at 9:00 a.m.

Hearing concluded at 3:25 p.m.

OUTCOME:

Representatives of parties participated as directed at 3/29/12 status conference. Conference conducted.

cc:    All counsel of record by Notice of Electronic Filing