IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN L. PIPER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 11-1215 |
| | ) | Judge Joy Flowers Conti/ |
| CITY OF PITTSBURGH; JOHN DOE NO. | ) | Magistrate Judge Maureen P. Kelly |
| 1 OF THE PITTSBURGH BUREAU OF | ) | |
| POLICE; JOHN DOE NO. 2 OF THE | ) | |
| PITTSBURGH BUREAU OF POLICE; | ) | |
| JOHN DOE NO. 3 OF THE PITTSBURGH | ) | |
| BUREAU OF POLICE; JOHN DOE NO. | ) | |
| 5 OF THE PITTSBURGH BUREAU OF | ) | |
| POLICE, | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 4th day of February, 2013, in accordance with the terms of the

settlement agreement reached in the presence of this Court, and as directed during the status

conference on this date, it is hereby ORDERED that defendants are directed to produce to

plaintiff's counsel copies of: PBP Policy 12-8 Continuum of Control, 3.0 Control Levels, and

3.1.2 Level 2 Verbal Directions.  Defendants are also directed to produce to plaintiff's counsel

copies of SRR PBP Form 10.10 and Order #12-6, "Use of Force Policy".  All identified

documents must be produced to plaintiff's counsel of record by 5 p.m. on Friday, February 8,

2013.

Counsel for defendants is directed to check with his clients and determine if a training lesson plan as reference in Section 5.1.2 has been developed.  If it has been developed, it must be produced to plaintiff's counsel of record by 5 p.m. on Friday, February 8, 2013.

As agreed to by counsel for all parties in accordance with the terms of the settlement, all documents shall be kept confidential.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:      Counsel of Record Via CM-ECF