# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN PIPER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 11-1215 |
| v. | ) | |
| | ) | |
| CITY OF PITTSBURGH; JOHN DOE NO. 1 of the PITTSBURGH BUREAU of POLICE; JOHN DOE NO. 2 of the PITTSBURGH BUREAU of POLICE; JOHN DOE NO. 3 of the PITTSBURGH BUREAU of POLICE; JOHN DOE NO. 4 of the PITTSBURGH BUREAU of POLICE; and JOHN DOE NO. 5 of the PITTSBURGH BUREAU of POLICE, | ) ) ) ) ) ) ) ) ) ) | U.S. District Judge Joy Flowers Conti U.S. Magistrate Judge Maureen P. Kelly *ELECTRONICALLY FILED* **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this __20th__ day of __August__, 2013, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed in its entirety, with prejudice. The Clerk shall mark this case closed.

BY THE COURT:

/s/ Joy Flowers Conti
U.S. District Judge Joy Flowers Conti

12/1900692.v1